This memorandum is uncorrected and subject to revision before publication in the New York Reports.
--------------------------------------------------------------

No. 42
PAF-PAR LLC,
          Appellant,
          v.
Michael Silberberg, et al.,
          Respondents.

William L. Charron, for appellant.
Vincent J. Syracuse, for respondents.

*   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

Order affirmed, with costs.  In this action pursuant to CPLR 3213, PAF-PAR LLC failed to demonstrate standing to maintain the action.  Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia concur.

Decided March 24, 2016